## UNITED STATES of America, Plaintiff–Appellee,

v.

## Paul Andrew SILMAN, Defendant–Appellant.

### No. 11–50393.

United States Court of Appeals, Ninth Circuit.

Submitted March 5, 2013.*

Filed March 7, 2013.

Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Daniel Smith, Esquire, Trial, San Diego Defenders, San Diego, CA, for Defendant–Appellant.

Before: HAWKINS, THOMAS, and HURWITZ, Circuit Judges.

*See* Fed. R.App. P. 34(a)(2).

*MEMORANDUM* \*\*

Defendant Paul Andrew Silman appeals his sentence of 65 months incarceration followed by three years of supervised release. We have jurisdiction under 28 U.S.C. § 1291. Because the parties are familiar with the facts, we need not recount them here.

In his plea agreement, Defendant validly waived his right to appeal his conviction and sentence. *See United States v. Nguyen,* 235 F.3d 1179, 1182–83 (9th Cir.2000), *abrogated on other grounds by United States v. Rahman,* 642 F.3d 1257, 1259 (9th Cir.2011). His arguments that the Government breached the plea agreement are meritless. Accordingly, we dismiss this appeal. *United States v. Michlin,* 34 F.3d 896, 898 (9th Cir.1994).

**DISMISSED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.